UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASWANT SINGH GILL,<br><br>Defendant. | Case No. 2:25-CR-00272-TLN<br><br>ORDER RE: DEFENDANT'S UNOPPOSED REQUEST TO CONTINUE SENTENCING AND REVISE PRESENTENCE DISCLOSURE SCHEDULE<br><br>Date   April 2, 2026<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The Court, having considered Defendant's Unopposed Request to Continue Sentencing, and good cause appearing, orders as follows:

1. The sentencing hearing currently set for April 2, 2026 is VACATED.

2. Sentencing is RESET for July 16, 2026 at 9:30 a.m. before Chief District Judge Troy L. Nunley.

**3.** The presentence disclosure schedule is revised as follows:

Objections to PSR: June 4, 2026

Final PSR disclosed: June 11, 2026

Correction date: June 18, 2026

Reply date: July 9, 2026

**Sentencing: July 16, 2026, at 9:30 a.m.**

1

IT IS SO ORDERED.

Dated: March 5, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE