UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASWANT SINGH GILL,<br>Defendant. | Case No. 2:25-CR-00272-TLN<br><br>ORDER RE: DEFENDANT'S UNOPPOSED REQUEST TO CONTINUE SENTENCING AND REVISE PRESENTENCE DISCLOSURE SCHEDULE<br><br>Date October 15, 2026<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The Court, having considered Defendant's Unopposed Request to Continue Sentencing, and good cause appearing, orders as follows:

1. The sentencing hearing currently set for October 15, 2026 is VACATED.
2. Sentencing is RESET for January 21, 2027, at 9:30 a.m. before Chief District Judge Troy L. Nunley.
3. The presentence disclosure schedule is revised as follows:
   06/04/26: Draft PSR disclosed
   12/10/26: Informal Objections
   12/23/26: Final PSR

1/14/27: Formal Objection; sentencing briefs

1/21/27: Sentencing hearing

IT IS SO ORDERED.

Dated: October 1, 2026

Troy L. Nunley
Chief United States District Judge